UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-197(JMR/FLN)

Peter William Johnson )
)
v. ) ORDER
)
Kim Schuller and Francina )
Carter )

Plaintiff objects to the Report and Recommendation, issued March 9, 2001, by the Honorable Franklin L. Noel, United States Chief Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. This action be summarily dismissed, pursuant to 28 U.S.C. § 1915A(b)(1).
2. Plaintiff's application for leave to proceed in forma pauperis be denied as moot; and
3. For purposes of 28 U.S.C. § 1915(g), this action be dismissed on the grounds that it is "frivolous, malicious, or fails to state a claim on which relief may be granted."

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 3rd, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED APR - 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK