# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter Williams Johnson

Plaintiff

v.

Kim Schuller and
Francina Carter

Defendants

Case No. Civil 01-197 JMR/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this action be summarily dismissed. Plaintiff's application for leave to proceed in forma pauperis be denied as moot. This action be dismissed on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted.

DATE: April 4, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk